**UNITED STATES DISTRICT COURT**        **EASTERN DISTRICT OF TEXAS**

JAMES DOUGLAS NICHOLS, #16570-078 §
    *Petitioner* §
      §
*versus* §        CIVIL ACTION NO. 4:17CV34
      §
UNITED STATES OF AMERICA, et. al. §
    *Respondents* §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation (Dkt. #6) concluding that the action should be dismissed pursuant to FED. R. CIV. P. 41(1)(B). The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed by Plaintiff. After conducting a review of the record, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Plaintiff's writ of habeas corpus (Dkt. #1) pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 16th day of February, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE